**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DARREN HASTINGS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:08cv0147** |
| | ) | |
| **MANHEIM AUTOMOTIVE FINANCIAL** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF FINAL JUDGMENT

Plaintiff Darren Hastings filed this action against defendant Remarketing Solutions, Inc. ("Remarketing") and nine of its affiliates asserting claims for retaliatory discharge and outrageous conduct. The parties have stipulated to the dismissal of the claims against the nine affiliates. Now before the Court is the Rule 12(c) Motion for Judgment on the Pleadings (Doc. No. 19) filed by Remarketing as the sole remaining defendant. The plaintiff has responded to the motion (Doc. 27) and Remarketing, with the Court's permission, filed a reply brief (Doc. No. 32).

Having reviewed the entire record in this matter and considered the parties' various arguments, the Court finds, for the reasons set forth in the accompanying Memorandum Opinion, that defendant Remarketing is entitled to judgment in its favor as a matter of law. Accordingly, the Motion for Judgment on the Pleadings (Doc. No. 19) is hereby **GRANTED** and this matter **DISMISSED**. Judgment is hereby entered in favor of defendant Remarketing Solutions, Inc.

It is so **ORDERED**.

This is a final, appealable judgment for purposes of Fed. R. Civ. P. 58.

_Thomas A. Wiseman Jr._
Thomas A. Wiseman, Jr.
Senior U.S. District Judge